IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIK MUHAMMAD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA HOUSING AUTHORITY, et al. | : | NO. 12-1393 |

FILED
APR 2 4 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 24th day of April, 2012, upon consideration of plaintiff's *pro se* amended complaint, IT IS ORDERED that:

1. Plaintiff's amended complaint is dismissed for the reasons discussed in this Court's Memorandum.

2. Plaintiff is given leave to file a second amended complaint within thirty (30) days of the date of this Order. Upon the filing of a second amended complaint, the Clerk shall not make service until so ORDERED by the Court.

3. This case shall remain CLOSED.

BY THE COURT:

/s/ Michael M. Baylson
MICHAEL M. BAYLSON, J.