IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALIK MUHAMMAD : CIVIL ACTION

v.

PHILADELPHIA HOUSING AUTHORITY : NO. 12-1393
et al.

FILED
JUN 20 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 20th day of June, 2012, upon consideration of plaintiff's pro se second amended complaint (Document No. 7), IT IS ORDERED that the second amended complaint is DISMISSED with prejudice. The Clerk shall close the case.

BY THE COURT:

/s/ Michael M. Baylson
MICHAEL M. BAYLSON, J.